YETTA DWORETSKY, Respondent, v. HARRY S. LEVINE, Appellant.— Order directing examination of defendant before trial affirmed, with ten dollars costs

and disbursements. No opinion. Examination to proceed on five days' notice at the place and hour stated in the order. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.